UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 3.1.3
Eastern Division

Bricklayers and Allied Craftsmen Local 56 Fringe
Benefit Fund

          Plaintiff,

v.

          Case No.: 1:08−cv−01933

          Honorable Amy J. St. Eve

C.S. Flaherty Contractors, Inc., et al.

          Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, May 14, 2008:

    MINUTE entry before Judge Honorable Amy J. St. Eve:Status hearing held on 5/14/2008. Plaintiff's oral motion to dismiss Count II of the Complaint is granted. ( Status hearing set for 6/11/2008 at 08:30 AM.)Mailed notice(tmh, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.