UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1
Eastern Division

Bricklayers and Allied Craftsmen Local 56 Fringe Benefit Fund

    Plaintiff,

v.

C.S. Flaherty Contractors, Inc., et al.

    Defendant.

Case No.: 1:08−cv−01933
Honorable Amy J. St. Eve

### NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, July 2, 2008:

    MINUTE entry before the Honorable Amy J. St. Eve:Status hearing held on 7/2/2008 and continued to 7/23/08 at 8:30 a.m. Defendants are on notice that the court will enter default if they fail to appear at the 7/23/08 status hearing or comply with the outstanding agreement.Mailed notice(kef, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.