Order Form (01/2005)

# United States District Court, Northern District of Illinois

HHN

| Name of Assigned Judge or Magistrate Judge | Amy J. St. Eve | Sitting Judge If Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 1933 | **DATE** | 8/20/2008 |
| **CASE TITLE** | Trustees of the Bricklayers vs. C.S. Flaherty Contractors, Inc. Et al. | | |

**DOCKET ENTRY TEXT**

Status hearing held on 8/20/08. This case is hereby dismissed. All pending dates and deadlines are stricken. Enter Agreed Judgment Order.

■ [ For further detail see separate order(s).]

Docketing to mail notices.

U.S. DISTRICT COURT

2008 AUG 20 PM 2:30



FILED

| | Courtroom Deputy Initials: | KF |
|---|---|---|