*HHN*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

TRUSTEES OF THE BRICKLAYERS )
AND ALLIED CRAFTSMEN LOCAL 56 )
FRINGE BENEFIT FUNDS, )
                    )
         Plaintiffs, )      Case No.08 cv 1933
                    )
     v. )      Judge St. Eve
                    )
C.S. FLAHERTY CONTRACTORS, INC., )
AN ILLINOIS CORPORATION, AND SEAN )
FLAHERTY, INDIVIDUALLY, )
                    )
         Defendant. )

### AGREED JUDGMENT ORDER

**THIS CAUSE** coming on to be heard upon the agreement of the parties, the Court having determined that the parties have agreed to the entry of this Agreed Judgment Order:

IT IS HEREBY ORDERED THAT:

1.     The Plaintiffs are Trustees of the Bricklayer and Allied Craftsman Local 56 Fringe Benefit Funds ("the Funds") and the Defendants are Sean Flaherty, individually, ~~and~~ C.S. Flaherty Contractors, Inc., an Illinois corporation.

2.     Defendant was served with a copy of the Complaint and Summons and consent to the jurisdiction of the Court in this matter.

3.     Plaintiffs allege that Defendant is indebted to Plaintiffs in the amount of Seven thousand two hundred forty-nine and 98/100 Dollars (**$7,249.98**) in prior liquidated damages (late charges) for the period ending November 30,2006.

4.     Defendant agrees to pay to Plaintiffs **$7,249.98** in equal installments of

$1,208.33.

    a.     The first payment was due by May 1, 2008,

    b.     The second payment was due by June 1, 2008

    c.     The third and final payment was due by July 1, 2008.

    d.     The forth payment is due August 1, 2008.

    e.     The fifth payment is due September 1, 2008

    f.     The sixth and final payment is due October 1, 2008.

5.     Defendants have paid the first three payment.

5.     Payments shall be made by check payable to **Trustees of the Bricklayer and Allied Craftsman Local 56 Fringe Benefit Funds**, and shall be mailed or delivered to the offices of **ARNOLD AND KADJAN**, 19 West Jackson Boulevard, Chicago, IL 60604-3958, on or before the dates specified above.

6.    (a)    If Defendant fails to make any installment payment, and to mail or deliver them to the address specified on or before the dates specified, Defendant shall be considered in default.

    (b)    Upon default, Plaintiffs may immediately move this Court for an order enforcing this Agreed Judgment Order for the full-unpaid balance due on the note and to enforce this Order  This Court retains jurisdiction of this matter to enforce the terms of this Order.

7.     Plaintiffs will file a satisfaction of Judgment upon final payment of all amounts to be paid hereunder and under the installment note.  This order resolves claims of Plaintiffs against Defendant for late charges up to November 30, 2006.

DATED: 8-20-08

ENTER:

Agreed and Approved this 9 day of _____, 2008.

**C.S. FLAHERTY CONTRACTORS, INC.**

By:

Sean Flaherty, Its Owner and President

**TRUSTEES OF THE**
**ALLIED CRAFTSMEN LOCAL 56**
**FRINGE BENEFIT FUNDS,**

By: ___s/Shane Luedke_____
         One of their Attorneys